CULLEN AND DYKMAN LLP
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, New York 11553
Ralph E. Preite, Esq.
T: (516) 357-3700
M: (212) 380-6878
F: (516) 357-3792
rpreite@cullenllp.com
    and
Michelle McMahon, Esq.
Kyriaki Christodoulou, Esq.
One Battery Park Plaza, 34th Floor
New York, New York 10004
(212) 701-4170
mmcmahon@cullenllp.com
kchristodoulou@cullenllp.com
*Counsel for New London Pharmacy, Inc., Debtor.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NEW LONDON PHARMACY, INC..,<br><br>                      Debtor. | **Chapter 11**<br>Case No. 25-10107 (JPM) |
| NEW LONDON PHARMACY, INC..,<br><br>                      Plaintiff,<br><br>-against-<br><br>OMONOIA SOCIETY OF KASTORIANS INC. D/B/A THE SOCIETY OF KASTORIANS "OMONOIA",<br><br>                      Defendant. | Adv. Proc. No. 25-01006 |

**NOTICE OF JANUARY 29, 2025 COMPLIANCE WITH DEBTORS' ACCOUNT BALANCE DISCLOSURE**

PLEASE TAKE NOTICE that the attached email and bank account balance snapshots annexed thereto were duly sent at January 29, 2025 at 3:38 PM ET by the undersigned to Santo

1

Golino Esq. at sgolino@HWRpc.com and Kyriakos "Kirk" Karabelas at email addresses kirk@kandplegal.com and kkarabelas@hwrpc.com of Defendant's counsel Horing Welikson Rosen & Digrugilliers, P.C. in compliance with the Court's disclosure requirement at the hearing held on January 29, 2025 at 11:30 a.m. in this matter.

Dated: New York, New York  
       January 30, 2025

CULLEN AND DYKMAN LLP  
*Proposed Counsel to New London Pharmacy, Inc...*

By: */s/     Ralph E. Preite*  
Ralph E. Preite, Esq.  
333 Earle Ovington Boulevard  
Uniondale, New York 11553  
(516) 357-3802  
rpreite@cullenllp.com  
     and  
Michelle McMahon, Esq.  
Kyriaki Christodoulou, Esq.  
One Battery Park Plaza, 34th Floor  
New York, New York 10004  
(212) 701-4170  
mmcmahon@cullenllp.com  
kchristodoulou@cullenllp.com

**Preite, Ralph**

---

| | |
|---|---|
| **From:** | Preite, Ralph |
| **Sent:** | Wednesday, January 29, 2025 3:38 PM |
| **To:** | sgolino@HWRpc.com; kirk@kandplegal.com; kkarabelas@hwrpc.com |
| **Cc:** | Christodoulou, Kyriaki |
| **Subject:** | Balances on the date of the restraint, January 23, 2020 in New London & Eleni International. |
| **Attachments:** | 3 account balance screenshots Jan 23 2025(21313731.2).pdf |

Dear Santo – The attached screenshots are provided by the Debtors showing the 3 restrained accounts, and the balances on deposit Jan. 23, 2025 when your team restrained the accounts. (Note typo with the last digit on the following account. It should be -8756 not 8759.)

7001     $30,048.96
8756     - $3,959.19
9375.          $0.28


**Ralph Preite**
Partner
**Cullen and Dykman LLP**
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, New York 11553
T: 516.357.3802 | F: 516.357.3792
E: rpreite@cullenllp.com

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION - DO NOT FORWARD OR COPY - CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the personal and confidential use of the recipient(s) named above. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.

---

**From:** Preite, Ralph <rpreite@cullenllp.com>
**Sent:** Wednesday, January 29, 2025 1:31 PM
**To:** sgolino@HWRpc.com; kirk@kandplegal.com; kkarabelas@hwrpc.com; guidajr@nycmarshal14.com
**Cc:** Christodoulou, Kyriaki <kchristodoulou@cullenllp.com>
**Subject:** Your restraints in New London & Eleni International.

NYC Marshal 14 Guida and Santo and Kirk.   You must release the restraints on the chase accounts that New London and Eleni international have at Chase Bank that your team restrained. The account numbers are in our motion papers.
At the risks of typos, here they are but double check that these are the correct numbers.
Chase account no.  557198759
Chase account no 752587001
Chase account no. 557189375

1

We're going to hold the $30,048.96 in escrow which is the amount that was restrained last Thursday and fight over that later. But the Chase accounts must be released NOW from your offices restraint  And you must Undertake steps right now to release those accounts. Understand that US bankruptcy Judge Mastando today Directed the release on the record And he "so ordered" the record so you must direct the NYC Marshal and Chase to release the accounts immediately.

The record is "so ordered" so there's a US Court Order in place even though a physical order hasn't been signed yet. I'm drafting the physical order, but in the interim the existing "so ordered" record requires you to undertake the release of the accounts subject. Please contact the Marshall and Chase right now and advise that the marshal that he must tell Chase to release the restraints immediately, and you must also immediately tell Chase to release the accounts immediately

I left you a voicemail because you didn't answer when I called. Please call me on my cell number at 212–380–6878.

Ralph E. Preite
Partner
Cullen and Dykman LLP
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, New York 11553
T: 516.357.3802 | F: 516.357.3792 | M: 212.380.6868
E: rpreite@cullenllp.com


ATTORNEY-CLIENT PRIVILEGED COMMUNICATION - DO NOT FORWARD OR COPY - CONFIDENTIALITY NOTICE: The contents of this e-mail message and any attachments are intended solely for the personal and confidential use of the recipient(s) named above. This communication is intended to be and to remain confidential and may be subject to applicable attorney/client and/or work product privileges. If you are not the intended recipient of this message, or if this message has been addressed to you in error, please immediately alert the sender by reply e-mail and then delete this message and its attachments.





10:33 



# PERFBUS CHK (...9375)

**−$2,640,910.15**

Available balance

**Account details**

| | |
|---|---|
| Available balance | −$2,640,910.15 |
| Present balance | $0.28 |
| Account number | 557189375 |
| Routing number | 021000021 |
| Interest rate | 0.00% |
| Interest in 2025 | $0.00 |
| Last statement date | Dec 31, 2024 |

Hide details ∧